UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** CR15-23 ADM/LIB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| JUAN FRANCISCO MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm)

On or about October 21, 2014, in the State and District of Minnesota, the defendant,

**JUAN FRANCISCO MARTINEZ,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, namely,

| Crime | Jurisdiction of Conviction | Date of Conviction (in or about) |
|---|---|---|
| Terroristic Threats | Clay County, Minnesota | October 2008 |
| Receiving Stolen Property | Clay County, Minnesota | October 2008 |
| Receiving Stolen Property | Clay County, Minnesota | January 2009 |
| Fourth-Degree Assault | Clay County, Minnesota | March 2011 |
| Second-Degree Assault with a Dangerous Weapon | Clay County, Minnesota | April 2011 |

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, an HS Products, Springfield, Inc., model XDM, .40-caliber semi-automatic pistol, serial number MG282286, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

SCANNED
JAN 22 2015
U.S. DISTRICT COURT MPLS

## FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Indictment, the defendant,

**JUAN FRANCISCO MARTINEZ,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories, and ammunition involved in, connected with, or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to, an HS Products, Springfield, Inc., model XDM, .40-caliber semi-automatic pistol, serial number MG282286.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY           FOREPERSON