F# 9651239

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

MAR 25 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America,

Plaintiff,

2141-0913-1300-D

v.

Case No. 0:15-cr-00023-ADM-LIB(Dft 1)

Juan Francisco Martinez,

Defendant.

## ARREST WARRANT

RECEIVED
2021 SEP 13 PM 3:47
US MARSHAL
SAINT PAUL, MN

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   _Juan Francisco Martinez_ ,

who is accused of an offense or violation based on the following document filed with the court:   ( ) Order of Court
( ) Indictment   ( ) Superseding Indictment   ( ) Information   ( ) Superseding Information   ( ) Complaint
( ) Probation Violation Petition   ( X ) Supervised Release Violation Petition   ( ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Supervised Release

*M. Fogarty*

Date:   _September 13, 2021_

Kate M. Fogarty, Clerk of Court

City and state:   _Minneapolis, MN_

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____

Date: _____

*Arresting officer's signature*

ARRESTED ON 3/16/2022
ARRESTED BY USMS-DMD - already in federal custody - transfer of supervision jurisdiction
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

*Printed name and title*

SCANNED
MAR 28 2022  CK
U.S. DISTRICT COURT ST. PAUL